IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRIAN KEECH, | § | |
| | § | No. 404, 2016 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | Court Below:  Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID Nos. 1208002263 |
| | § | and 1410000067 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted:  October 25, 2016
Decided:     October 26, 2016

## **ORDER**

This 26th day of October 2016, it appears to the Court that, on October 5, 2016, the Chief Deputy Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his opening brief and appendix.  The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Justice